[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 13-12465
Non-Argument Calendar
_____

D.C. Docket No. 7:12-cr-00295-CLS-JEO-1

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

TAVORIS ANDRE TAYLOR,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Northern District of Alabama

_____

(March 5, 2014)

Before MARCUS, WILSON and ANDERSON, Circuit Judges

PER CURIAM:

Brett L. Wadsworth, counsel for Tavoris Andre Taylor in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967).  Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct.  Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Taylor's convictions and sentences are **AFFIRMED**.